# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIDA VEGA,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CREDIT CONTROL, INC.,<br><br>    Defendant. | Case No.: CV 22-5255-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)(1)(A)(II) [30] [31]** |

Pursuant to the parties' Stipulation under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT the above-captioned action is DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order.

DATED: June 12, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE